# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL VELA,<br><br>         Plaintiff,<br><br>    v.<br><br>TOW GUYZ LLC, *et al.*,<br><br>         Defendants. | Case No. 1:25-cv-00878-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE REMANDED TO STATE COURT<br><br>(Doc. 5.) |

Isabela Vela is proceeding *pro se*[1] action against Defendants Tow Guyz, LLC, et al., based on allegations Defendants unlawfully allowed entry into the office spaces she rented from Defendants and Defendants unlawfully evicted her without a court order. (Doc 1. at 15-17) This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2025, the assigned magistrate judge entered findings and recommendations, recommending that this action be remanded to the Superior Court of California, County of Tulare for improper removal (Doc. 5.) The Court served the findings and recommendations on the plaintiff and notified her that any objections were due within 30 days. (*Id*. at 5.) The Court advised her that the "failure to file objections within the specified time may

---

[1] Plaintiff has a pending application to procced *in forma pauperis.* (Doc. 2.)

1

...

result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections[2] and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 9, 2025, are **ADOPTED IN FULL**. (Doc. 20.)
2. This case be **REMANDED** back to the appropriate state court.
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2.) be **DENIED** as moot.

IT IS SO ORDERED.

Dated:    **October 20, 2025**

UNITED STATES DISTRICT JUDGE

---

[2] On September 23, 2025, Plaintiff filed a Motion to Accept Federal Jurisdiction After Denial of Removal. (Doc. 6.) Generally, Plaintiff argues that the Court should accept jurisdiction over her case because it is a § 1983 claim and arises from violations of due process, equal protection and access to justice within the Tulare County Superior Court Proceedings. (*Id.* at 1-2.) Furthermore, Plaintiff states that this motion is meant to establish "independent federal claims arising under the Constitution and § 1983." (*Id.* at 1.)